# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133033

SOUTH COVE CONDO ASSOCIATION,
     Plaintiff-Appellee,

v

DUNESCAPE @ NEW BUFFALO II, LTD,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133033
COA: 270571
Berrien CC: 2005-002810-CZ

On order of the Court, the application for leave to appeal the October 31, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

s0416

_____
Clerk